FILED

JUL - 8 2011

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVIA H. MILLS
7113 Willow Hill Drive
Seat Pleasant, Maryland, 20743

Plaintiff

vs.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, D.C., 20001

and

THOMAS ANDERSON MILLS
7113 Willow Hill Drive
Seat Pleasant, Maryland, 20743

Defendants

Case: 1:11-cv-01250
Assigned To : Roberts, Richard W.
Assign. Date : 7/8/2011
Description: PI/Malpractice

JURY ACTION

COMPLAINT
(Negligence - Damages)

Comes now the plaintiff, Sylvia H. Mills, by and through her attorneys, Sacks & Chapin, P.C., and Peter A. Chapin, Esquire, and sues the defendants, Washington Metropolitan Area Transit Authority, (hereinafter referred to as "WMATA"), and Thomas Anderson Mills, and for cause of action said plaintiff states that:

1. This Honorable Court has jurisdiction over the claims against WMATA pursuant to the Washington Metropolitan Area Transit Authority Compact, §§4 and 81, adopted by reference in the District of Columbia Code, §9-1107.01, 2001 Edition.

2. This Court has venue in this matter by virtue of 28 U.S.C. §1391(c).

LAW OFFICES
SACKS & CHAPIN, P.C.
1432 K STREET N.W. 9TH FLOOR
WASHINGTON DC 20005
(202) 659-1200

3. On or about Thursday, February 17, 2011, at approximately 7:55 P.M., plaintiff, Sylvia H. Mills, was riding as passenger in a motor vehicle being operated by her husband, co-defendant Thomas Anderson Mills, traveling on Independence Avenue, N.W., at its intersection with 18th Street, N.W., Washington, D.C., which was in collision with a WMATA police vehicle owned by the defendant and being operated by said defendant's agent, servant and/or employee, officer Ronald Preston Walls, operating said vehicle within the scope of his employment with WMATA. Said collision was the direct, proximate and sole result of the joint negligence and carelessness of the defendants herein.

2. As a result of the joint and several negligence and carelessness of the defendants, as aforesaid, plaintiff, Sylvia H. Mills, sustained multiple and painful injuries requiring large expenditures of money for her necessary medical care.

3. Plaintiff, Sylvia H. Mills, will, in the future, be compelled to expend large additional sums of money for her continued necessary medical care and treatment.

WHEREFORE, plaintiff, Sylvia H. Mills, demands judgment against the defendants, Thomas Anderson Mills and Washington Metropolitan Area Transit Authority, joint and severally, in the sum of **ONE HUNDRED FIFTY ($150,000.00) DOLLARS,** or such sum as will fully and adequately compensate the plaintiff, plus interest from the date of Judgment, and the costs of this action.

LAW OFFICES
SACKS & CHAPIN PC
1432 K STREET N.W. 9TH FLOOR
WASHINGTON DC 20005
(202) 659-1200

Respectfully submitted,

SACKS & CHAPIN, P.C.

PETER A. CHAPIN, #002030
Attorney for Plaintiff
1432 K Street, N.W.
9th Floor
Washington, D.C., 20005
(202) 659-1200
(FAX) (202) 659-1029
pac@sackandchapin.com

JURY DEMAND

Plaintiff, Sylvia H. Mills, elects trial by jury six (6) persons of all issues involved herein.

PETER A. CHAPIN,
Attorney for Plaintiff

LAW OFFICES
SACKS & CHAPIN, P.C.
1432 K STREET N.W. 9TH FLOOR
WASHINGTON D.C. 20005
202) 659-1200